**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 576 MAL 2020

         Respondent            :

                          :   Petition for Allowance of Appeal

                          :   from the Order of the Superior Court

            v.                  :

                          :

DOMINIQUE RAQUEIM BAINES,       :

                          :

         Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.